IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    Monic Michelle Smith,

            Debtor.                      Case No: 14-21191-13-DLS

**AMENDED APPLICATION FOR ADDITIONAL ATTORNEY FEES
AND EXPENSES**

COMES NOW Debtor, by and through counsel, and in support of this Amended Application for Additional Attorney Fees and Expenses, advises the Court that:

1. Debtor's Chapter 13 petition was filed on May 20, 2014. The Chapter 13 Plan was confirmed on July 25, 2014.

2. Per the fee contract, Debtor agreed to pay attorney fees of $2,950 for services related to the drafting, filing, and confirmation of Debtor's Chapter 13 Petition and Plan.

3. Debtor has consulted post-confirmation with counsel regarding home mortgage changes and credit rebuilding strategies.

4. Debtor met with Attorney Moore on two separate occasions, once on September 26, 2014 and once on October 13, 2014. Debtor and Mr. Moore met for an hour on each of those dates.

5. While the home mortgage changes and credit rebuilding strategies may affect Debtor's bankruptcy, they are not an integral part of it.

6. The billing rate for additional legal services that are not consumed by the $2,950 flat fee is $250 per hour. As set forth in paragraph 4 above, Debtor's counsel spent 2 hours meeting with Debtor to discuss these home mortgage changes and credit rebuilding.

7. Debtor's counsel requests additional attorney fees of $500.00 incurred for time spent post-petition working with Debtor to address the above, per the fee agreement between Debtor and counsel for such services, to be paid through Debtor's plan as a post-petition administrative expense.

8. It should be noted that during the hearing on this matter dated November 21, 2014,

1

Debtor's counsel, Lisa Billman, mistakenly advised the Court that Mr. Moore spent 2 hours with Ms. Smith on two separate occasions. That is inaccurate. Mr. Moore spent 1 hour with Ms. Smith on two separate occasions. Ms. Billman was not attempting to mislead the Court; she simply got confused as to the amount of time Mr. Moore spent advising Ms. Smith.

WHEREFORE, Debtor prays the Court enter an Order allowing additional attorney fees of $500.00 to be paid through Debtor's plan as a post-petition administrative expense and for such other and further relief as the Court deems just and proper.

*/s/ Hilliard L. Moore*
Hilliard L. Moore, KS Fed # 78309
Lisa Billman, KS # 25177
8730 Bourgade Ave, Suite 200
Lenexa, KS 66219
(913) 742-8700
(913) 273-1343 FAX
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that all parties on the attached master mailing matrix for this case not receiving electronic notice were served with the aforesaid Motion and this Notice via U.S. Mail, postage prepaid this 25th day of November, 2014.

s/ Hilliard L. Moore
Hilliard L. Moore, KS Fed # 78309

2